UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA

    -    against    -

JOHN SURGENT,

               Defendant.
--------------------------------------------------------x

Criminal Action No. 04-CR-00364 (JG)

**Hon. John Gleeson** (J.)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, non-party Regina Surgent will move this Court, on the 20th day of December, 2005, at 10:00 in the forenoon, or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, (1) vacating the *Ex Parte* Restraining Order dated August 25, 2005, or, in the alternative, (2) modifying said Order to permit the release of Ms. Surgent's 106,000 shares of Safeguard Security Holdings, Inc., with costs, together with such other and further relief as this Court deems just and proper.

Dated:  New York, New York
          December 6, 2005

                              Respectfully submitted,
                              LAW OFFICES OF STEVEN L. KESSLER

         By:    *Steven L. Kessler*
                  Steven L. Kessler (SK-0426)
                  *Attorneys for Non-Party Regina Surgent*
                  122 East 42 Street, Suite 606
                  New York, New York 10168-0699
                  (212) 661-1500

TO: Clerk of the Court

      AUSA Kathleen A. Nandan
United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201