# DAVID H. WEISS
ATTORNEY AT LAW

41 MADISON AVENUE, SUITE 4050
NEW YORK, NEW YORK 10010
(212) 653-0124 Fax (212) 213-8120

March 6, 2006

By Mail and ECF

Hon. John Gleeson, USDJ
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y.**
★ MAR 10 2006 ★
**BROOKLYN OFFICE**

Granted.
So ordered

s/John Gleeson
USDJ

3-8-06

Re: United States v John W. Surgent
04 Cr 364 (JG)

Dear Judge Gleeson:

I have enclosed a courtesy copy of the CJA 23 financial affidavit executed by Mr. Surgent at the MDC this afternoon. I most respectfully request that the Court assign me to represent Mr. Surgent for all purposes.

Yours,

David H. Weiss, Esq.

cc by ECF to AUSA Suzanne McDermott