THE LAW OFFICES OF

# STEVEN L. KESSLER

April 24, 2006

**ELECTRONICALLY FILED**
The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. John Surgent*
                  **CR-04-364 (Gleeson, J.)**

Dear Judge Gleeson:

      As the Court is aware, this office represents non-party Regina Surgent in the referenced proceeding. We respectfully submit this letter pursuant to the Court's request that this office provide comments with respect to plaintiff's letter to the Court, dated April 19, 2006, and the accompanying proposed Preliminary Order of Forfeiture.

      As I informed AUSA Nandan on April 13, Ms. Surgent's only comment to the proposed submission is that she is disappointed with the Court's rulings that underlie that submission. As I advised the Court at the April 10 conference, Ms. Surgent was particularly hopeful that, at the very least, funds sufficient to pay the taxes and mortgage on her home would be released. Pursuant to my telephone conference with the mortgage company on April 21, the home appears to be on the verge of foreclosure.

      Accordingly, other than asking Your Honor to reconsider your ruling and specifically revisiting the denial of the alternative relief sought in our motion and in my oral application to the Court, Ms. Surgent has no further comment at this time with respect to the proposed Preliminary Order of Forfeiture.

      Respectfully submitted,

      *Steven L. Kessler*

      Steven L. Kessler (SK-0426)

SLK:rmaf
cc:    AUSA Kathleen A. Nandan *(by ECF)*
        David Weiss, Esq. *(by ECF)*