# DAVID H. WEISS
Attorney At Law

41 Madison Avenue, Suite 4000
New York City, New York 10010
(212) 633-0124 Fax (212) 743-8120

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 26 2006 ★

BROOKLYN OFFICE**

BY ECF

May 19, 2006

Hon. John Gleeson, USDJ
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v John Surgent
04-364 (JG)

Dear Judge Gleeson:

> The motion is granted to the extent that the BoP is respectfully directed to lodge Mr. Surgent in the MDC at least until June 5, 2006.
>
> So ordered
>
> s/John Gleeson
>
> 5/23/06

I write to request that the Court direct the Bureau of Prisons to continue to lodge Mr. Surgent at the MDC until the restitution and Rule 33 matters are resolved.

Respectfully submitted,

David H Weiss
Attorney for Defendant

copy by ECF to all counsel