DEAN HELLER
Secretary of State

STATE OF NEVADA
OFFICE OF THE SECRETARY OF STATE
State Capitol Complex
Carson City, Nevada 89710

TELEPHONE (702) 687-5203
Fax (702) 687-3471

| OFFICIAL USE ONLY | RETURN ACKNOWLEDGEMENT TO: |
| --- | --- |
| FILED # LC 6219-99<br>AUG 16 1999<br>IN THE OFFICE OF<br>DEAN HELLER SECRETARY OF STATE | Mitton & Burningham<br>Attorneys and Counselors at Law<br>34 South 600 East<br>Salt Lake City, Utah 84102 |

ARTICLES OF ORGANIZATION FOR LIMITED LIABILITY COMPANY
(Pursuant to NRS 86.161)

FILING FEE: $125.00

- SUBMIT IN DUPLICATE -

Type or Print

| 1. The name of the Limited-Liability Company is R. H. Surgent, L.L.C. | 2. The Company's period of duration is 30 years from the date of filing the Articles of Organization, unless terminated sooner by operation of law or by agreement of the Members. |
| --- | --- |

3. The name and street address of the Company's Agent for Service of Process are:
Second SDJ, L.L.C.
851 Mesquite Springs Drive, #102
Mesquite, Nevada 89027

4. The mailing address of the Company is:
4460 Southwinds Drive - Destin, Florida 32541

5. Remaining Members may continue business upon termination of the membership of a Member? X Yes ___ No

6. Any other provisions the Members elect to set out in the articles of organization may be noted on separate pages and incorporated by reference herein as a part of these articles.

Number of pages attached: 0

NEV 4

08/16/1999 11:15A KA0175 FY00-000-09663

7. The Limited Liability Company shall be managed by __X__ Manager(s) or ______ Members. The names and addresses of the Manager(s) or Members are:

Regina H. Surgent, 4460 Southwinds Drive, Destin, Florida 32541

If managed by Members, Members may contract debts on behalf of the Limited Liability Company? ____ Yes ____ No

8. Signatures of Organizer(s): The name(s) and address(es) of the organizer(s) executing the Articles are:

| Name | Address | Signature | Date |
| --- | --- | --- | --- |
| Regina H. Surgent, 4460 Southwinds Drive, Destin, FL 32541 | | [signature] | 8-9-99 |
| | | | |
| | | | |

9. Acknowledgment

STATE OF New Jersey )
: ss.
COUNTY OF Passaic )

The foregoing instrument was acknowledged before me this 9th day of August, 1999, by Regina H. Surgent.

[signature]
Notary Public
Residing at: Clifton, NJ 07011

My commission expires:

[illegible]-CRUZ
NOTARY [illegible] JERSEY
COMMISSION [illegible] APRIL 18 2003



NEV 5