husband goes gets jammed up and you lose the house. In Florida you don't have that problem, which I like that law in Florida. The resident is protected, so the wife and children don't have to give up their residence.

Q. Is it the Homestead Act?

A. Homestead exception.

Q. This is an area that I am not familiar with. It is not to try to trick you.

A. You are probably curious about it.

Q. I am.

A. I was enlighted with it. I sat down with some astute lawyers and my wife was correct it was in Dallas. I have two sons that are practicing attorneys.

Q. But no business was conducted other than the asset property?

A. That is a nonoperating company. Just for estate planning purposes.

Q. Did you, as these invoices were coming into your office, did you review each one of these invoices prior to making payment to Mr. Bruzzesi, the plaintiff?

A. Either I did or Steve did.

Q. Did Steve have your authorization if you