UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA, : 04 CR 00364

v. : U.S. Courthouse
Brooklyn, New York

JOHN SURGENT, :

April 10, 2006
Defendant. : 9:30 o'clock a.m.

- - - - - - - - - - - - - - - - - X

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For the Government: ROSLYNN R. MAUSKOPF
United States Attorney
By: SCOTT KLUGMAN
KATHLEEN NANDAN
Assistant U.S. Attorneys
147 Pierrepont Street
Brooklyn, New York 11201

For the Defendant: DAVID WEISS, ESQ.

Court Reporter: Anthony M. Mancuso
225 Cadman Plaza East
Brooklyn, New York 11201
(718) 260-2419

Proceedings recorded by mechanical stenography, transcript produced by CAT.

judgment. That is it.

THE COURT: Assuming I have the authority, which I'll assume, for present purposes, to enter the order you want me to enter, it seems like Ms. Nandan is willing, in good faith, to sit down with you and get to the bottom of what's available to satisfy this forfeiture judgment, and to maybe resolve this claim of Ms. Surgent. Why should I order it now? I'm not sure what's going on in that bankruptcy proceeding.

MR. KESSLER: I'm not sure what's going on, either, your Honor.

THE DEFENDANT: Your Honor, I think I can answer that.

MR. WEISS: Actually, I have discussed the matter with the attorney who is representing Mr. Surgent. There's a proposed settlement that Mr. Surgent needs to review. That's the current state of it, as I understand it.

THE COURT: What chapter is it currently in?

MR. WEISS: I really couldn't tell you that, Judge.

THE DEFENDANT: Your Honor, I originally filed a Chapter VII bankruptcy, and that's the status right now.

I have been to conference with my attorney, Mr. Rosen from Sanders and Rosen in New Jersey, and we have it settled for $150,000, plus I owe him some legal fees. That's the installments.

What my wife is asking, the mortgage hasn't been paid in six or seven months, there's a foreclosure pending, and the house will be auctioned off, and obviously, the real value of the house won't be realized.

In other words, in order to maintain the status quo, I think it's incumbent upon the court to let my wife have enough money, with instructions that it be used to pay the taxes on the house and to pay the mortgage. Otherwise, we'll lose the main asset for no reason whatsoever.

THE COURT: All right. The application is denied.

You'll sit down with Mr. Kessler, please, and try to work out Ms. Surgent's claim.

MS. NANDAN: Yes, your Honor.

THE COURT: You don't want to proceed to sentence a week from Friday?

MR. WEISS: No, your Honor. There are a number of legitimate issues regarding the Presentence Report. I do intend to file a defense presentence report, recommendation, investigation, however you wish to phrase it. I have started it, but because of the fact that I have lost a significant amount of time because of my surgery on my foot. Trial, I would request about six weeks from the currently-scheduled date. So, sometime the end of May is what I am asking for.

THE COURT: Do you want to be heard?

MR. KLUGMAN: I leave the application to the Court's